UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH HERNDON,

        Plaintiff,

v.

ARNP G. DURANO, *et al*,

        Defendants.

Case No.  C06-5154RJB

ORDER TO SHOW CAUSE

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

      On March 21, 2006, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On March 29, 2006, the Clerk sent plaintiff a letter informing him his application contained several deficiencies, which he must cure by no later than April 28, 2006, or this action could be subject to dismissal. (Dkt. #2).  On April 5, 2006, plaintiff filed a response to the Clerk's letter, which cured some of those deficiencies. (Dkt. #3).  However, one deficiency remains.

ORDER
Page - 1

Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff thus was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint. Plaintiff so far has submitted a copy of his prison trust account statement showing the balance and activity in his account for the months of November 2005, through February 2006, a period of only four months.

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above remaining deficiency by filing **no later than June 10, 2006**, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month period immediately preceding the filing of his complaint.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 10th day of May, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2