1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH HERNDON,

                Plaintiff,

     v.

ARNP G. DURANO, *et al*,

                Defendants.

Case No. C06-5154RJB-KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

    (1)    The Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)    Plaintiff's application to proceed *in forma pauperis* is DENIED; and

    (3)    The Clerk is directed to send directed to send a copy of this Order to petitioner.

DATED this 21st day of July, 2006.

*[signature]*
Robert J. Bryan
United States District Judge

ORDER
Page - 1