UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH HERNDON,

          Plaintiff,

      v.

ARNP G. DURANO, *et al*,

          Defendants.

Case No. C06-5154RJB-KLS

ORDER DISMISSING
FRIVOLOUS COMPLAINT

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's amended complaint is DISMISSED pursuant to 28 U.S.C § 1915A(b)(1) for failure to state a claim;

(3) The Clerk is directed to terminate this action; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 8th day of September, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page - 1